IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
DENNIS ALAN SCALES ) CASE NO: 17-05970-MFH-13
VALERIE SUSAN SCALES ) CHAPTER 13
3017 FISHER COURT ) JUDGE HARRISON
GREENBRIER, TN 37073 )
SSN/ITIN: XXX-XX-8666/0778 )
    Debtors. )

## AGREED ORDER GRANTING MOTION TO USE INSURANCE PROCEEDS

This cause having been heard on the 11th day of September, 2019, and as evidenced by the signatures of the representatives of the parties entered below, respectively, it is hereby agreed that the Debtors' Motion to Use Insurance Proceeds shall be resolved as follows:

**ORDERED,** that the Debtors' insurance Company, Progressive Insurance Company, located at 1818 Wallace Court, Suite 103, Bowling Green, KY 42103, shall issue a check to the Trustee in the amount of $5,579.34, it is further

**ORDERED**, that the Trustee shall issue a check to Jefferson Capital Systems to go towards the remaining secured debt on the vehicle, it is further

**ORDERED**, that Jefferson Capital Systems have 120 days to file an amended claim to reflect the deficiency balance or the claim will be deemed satisfied by the receipt of the insurance proceeds, it is further

**ORDERED**, that the Trustee shall not submit payments to Jefferson Capital during the 120 days in which Jefferson Capital is to file an amended claim, it is further

**ORDERED**, that once the claim has been deemed satisfied, Jefferson Capital Systems shall release the title to Progressive Insurance Company.

**HIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

**APPROVED FOR ENTRY:**

*/s/ Ryan Lloyd*
RYAN LLOYD, #034323
Clark & Washington, PC
Attorneys for Debtor(s)
237 French Landing Drive
Nashville, TN 37228
615-251-9782; Fax: 615-251-8919

Email: cwnashville@cw13.com

/s/ Henry E Hildebrand, III

HENRY E. HILDEBRAND, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
615-244-1101; Fax:615-242-3241
aoecf@ch13nsh.com